## John Chrystal, Appellee, v. John S. Level, Appellant.

## Gen. No. 19,926.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Affirmed. Opinion filed December 22, 1914.

### Statement of the Case.

A judgment by confession was entered on a judgment note for fourteen hundred and forty dollars made by John S. Level and David H. Craig payable to John Chrystal. Afterwards the judgment was opened and the defendants given leave to plead, whereupon they filed pleas of the general issue, failure of consideration and want of consideration. At the trial a judg-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

ment was entered for the plaintiff and the defendant Level appealed.

Rankin, Howard & Donnelly, for appellant.

Charles C. Spencer, for appellee.

Mr. Justice Smith delivered the opinion of the court.

### Abstract of the Decision.

Bills and Notes, § 50*—*when judgment note not void for want or failure of consideration.* Where a judgment note was given in settlement of a lawsuit and also in consideration of a balance due on two promissory notes which were surrendered and marked paid, there was a good consideration for the judgment note; and in an action on such judgment note it could not be contended that there was want of consideration or failure of consideration.